

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2018

No. 04-18-00416-CR

Melchor **HAWKINS** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-01-11872CR
Honorable Robert C. Pate, Judge Presiding

# O R D E R

On December 27, 2017, appellant filed a notice of appeal complaining of the trial court's "Order of Dismissal for Lack of Subject Matter Jurisdiction" signed on September 15, 2017.[1] Absent a timely motion for new trial, the notice of appeal was due October 16, 2017. *See* TEX. R. APP. P. 26.2(a)(1). Appellant's notice of appeal was thus filed over two months late. Absent a timely notice of appeal, this court lacks jurisdiction over the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

Accordingly, it is ORDERED that appellant show cause in writing within 30 days from the date this order why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are SUSPENDED pending our resolution of the jurisdictional issue.

_____
Rebeca C. Martinez, Justice

---

[1] Appellant states in his notice of appeal that he is appealing cause numbers 06-01-11872CR and 06-01-11867CR; however, the order of dismissal only pertains to cause number 06-01-11872CR.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2018.



_____

KEITH E. HOTTLE,
Clerk of Court